1    J. Noah Hagey, Esq. (SBN: 262331)
        hagey@braunhagey.com
2    David H. Kwasniewski, Esq. (SBN: 281985)
        kwasniewski@braunhagey.com
3    BRAUNHAGEY & BORDEN LLP
     351 California Street, 10th Floor
4    San Francisco, CA 94104
     Telephone: (415) 599-0210
5    Facsimile: (415) 276-1808

6    ATTORNEYS FOR PLAINTIFF
     STEEPED, INC.

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13   STEEPED, INC., a Delaware corporation     Case No.
     doing business as STEEPED COFFEE,

14                                             **COMPLAINT FOR TRADEMARK**
                 Plaintiff,                    **INFRINGEMENT**

15          v.
                                               **DEMAND FOR JURY TRIAL**
16   NUZEE, INC. a Nevada corporation doing
     business as COFFEE BLENDERS

17

18               Defendant.

19

20

21

22

23

24

25

26

27

28

Case No.:_____

COMPLAINT FOR TRADEMARK INFRINGEMENT

Plaintiff Steeped, Inc., doing business as Steeped Coffee ("Steeped") alleges as follows:

## NATURE OF THE ACTION

1. Steeped developed a unique and innovative single-serve coffee product that is small, light, pre-ground and pre-portioned, yet can be stored for months with minimal loss of freshness. The Steeped Coffee Method allows customers to make hot and fresh coffee anywhere, anytime with just a cup of hot water and a Steeped Coffee Pack. Unlike other single-serve coffee products, Steeped's single coffee pouches do not require expensive machines or wasteful, bulky, and non-recyclable plastic pods to hold the coffee grounds. Steeped's innovative products have made it an industry beacon, particularly with its focus on the "Coffee Without Compromise" and "Purpose Beyond Profits," mottos that reflect Steeped's commitment to reducing waste with environmentally friendly no landfill packaging, and by bridging convenience with high-quality and ethically sourced coffee.

2. Steeped's products work by storing ground coffee in small, specially engineered, biodegradable filter bags, which are in turn kept in zero waste outer pouches flushed with nitrogen gas to eliminate oxygen and thus prevent oxidation. The Steeped bag and pouch combined are engineered to form the single cup coffee solution. Since 2015, Steeped has referred to its products with the mark STEEPED COFFEE, and Steeped began using this mark in commerce in 2016. In 2017, to further protect this mark, Steeped applied for, and received, a federal trademark registration for STEEPED COFFEE. Exhibit A to this Complaint is a copy of that registration, Fed. Reg. No. 5,326,063. In addition, Steeped has also applied for a utility patent on its technology and has also sought federal recognition of related marks Steeped also uses in commerce, including Steep Coffee, Steep Bag, Steeped Bag, Steeped Pack, Steeped Moment, Steeped Cold Brew, Steep Pouch, Steeped to Perfection, and Guilt-Free Packaging, among others.

3. Because Steeped's products are so unique, the coffee industry has created a new single-serve category called the Steeped Brewing Method or simply Steeped Coffee or Steep Coffee. Because Steeped pioneered this category and as such has acquired extensive intellectual property rights in the field, including to the STEEPED COFFEE mark, many well-known coffee companies and brands have become Licensed Partners with Steeped to co-develop more products

using the Steeped Brewing Method and technology. These Licensed Partners, acting in concert with Steeped, are further expanding the use and recognition of the STEEPED COFFEE mark as a signal to consumers of convenient, environmentally responsible, high quality, and ethically sourced coffee.  Steeped has invested considerable time and resources identifying potential customers and developing partnerships with suppliers, and this work has resulted in the creation of a stable, growing marketplace for this new product category. As a result of its efforts, Steeped has attracted significant attention in the industry and the media, including a successful crowdfunding campaign on Kickstarter, a stable of over 80 Licensed Partners in North America and across the globe, and by winning a "Most Innovative Company" award from the 2018 NEXTies in Santa Cruz, California, and a "Best New Product" award from the Specialty Coffee Association at the 2019 Specialty Coffee Expo in Boston, Massachusetts.

4.      The 2019 Specialty Coffee Expo took place in April, and also present were representatives of defendant NuZee, Inc. ("NuZee"), a company whose business model is based on chasing and copying market trends. Shortly after the Expo concluded, it came to Steeped's attention that NuZee had began marketing and pre-selling coffee products and services identical to Steeped's products and services, using the name "Steep Coffee" and claiming to use the "Steep Coffee" method and verbally referring to their product "Steeped Bag Coffees." After Steeped received several complaints from customers confused by NuZee's marketing efforts, Steeped promptly informed NuZee that this was a violation of Steeped's intellectual property rights, and in particular infringement of the STEEPED COFFEE trademark. NuZee declined to cease its infringement, and instead has ramped up its marketing in a plain attempt to sow confusion in the marketplace, damage Steeped's brand, and destabilize Steeped's relationship with its suppliers and customers, just as the market for these products (which Steeped created) is about to take off. Steeped accordingly has no choice but to bring this action for trademark infringement.

## JURISDICTION AND VENUE

5.      This court has jurisdiction under Title 28, sections 1121 and 1138(a) of the United States Code as this in an action relating to trademarks under the Lanham Act, Title 15, section 1051 of the United States Code, *et seq.*

6.      Venue is proper in this district under Title 28, section 1391(b) of the United States Code because a substantial part of the events giving rise to Plaintiff's claims have occurred and are continuing to occur in the District, and NuZee conducts substantial business in this District.

## THE PARTIES

7.      Steeped is a Delaware Corporation headquartered in Scotts Valley, California. Started in 2015 by Josh Wilbur it began with a crowdfunded Kickstarter campaign and now, just four years later distributes its coffee products across the country and internationally through over 80 well-respected and established companies and brands. Mr. Wilbur, a serial entrepreneur and inventor, developed Steeped with the vision of creating a business that can truly make a difference by showing that thoughtful, responsible products can be made for consumers without sacrificing quality or convenience. After pouring all of his passion and money into Steeped, Wilbur hopes that it will continue to shine as a beacon for like-minded brands to be able to bring coffee to markets through their sustainable and convenient method.

8.      NuZee is a Nevada Corporation headquartered in Vista, California and doing business as Coffee Blenders. NuZee does business by following market trends and offering copycat products at a discount, either under its Coffee Blenders label or as a co-packer for other brands.

## FACTS

**I.      THE STEEPED STORY**

9.      Since 2017, Steeped has been the exclusive owner of, and has continuously used in commerce, the trademark STEEPED COFFEE. Steeped has used the STEEPED COFFEE mark on its website, steepedcoffee.com and steepcoffee.com, on its product packaging, on various coffee-

 

COMPLAINT FOR TRADEMARK INFRINGEMENT

1  related merchandise that Steeped also sells, in numerous marketing materials provided to potential

2  customers, and as a consistent validating mark on every Licensed Partnered Steeped Coffee Pack.

3  Examples of these uses include the following:

4

5

6

7

8

9

10

11




12  Shop > Coffee > WILDFIRE Steep Packs

13

14

15  

16

17

18

19

20

21

22

23

24

**WILDFIRE Steep Packs**
$2.50

Whether you are looking to head into the hills for the weekend, or a quick but incredible cup of coffee, look no further! These Steep Packs are nitro flushed and ultrasonically sealed. That means they are good for 6 months after being ground, and there are no staples or glue used to make the filter bag. The cherry on top is the ENTIRE thing is compostable; the filter bag, string and paper tab, and the outside packaging!

So how do you brew a Steep Pack?

1. Place the filter bag in a cup and gradually pour 8 oz of hot water over the bag
2. Dunk the bag several times to saturate and for added strength
3. Leave the bag in cup or until preferred taste, drink after 5+ minutes

That's how easy a great cup of coffee can be!

Number of Packs

Single

25      10.    Steeped's products and services are an entirely unique way of making and packaging

26  single-serve coffee. Accordingly, Steeped has spent considerable time and effort developing the

27  market for its coffee products, including by building partnerships with dozens of suppliers and

28  identifying potential customers. Steeped has over 80 Licensed Partners helping expand the Steeped

Coffee product category, and over 80 roasters and brands now carry their own Steeped Coffee pouches, that are now distributed across all industries including grocery stores, corporate offices, national hospitality chains, online direct retail, and through other coffee distribution services. Steeped has also cultivated a devoted and active following on social media that numbers over 27,000 people who are passionate about the Steeped brand and ethos. These market-building activities have all involved use of the STEEPED COFFEE mark and in many cases similar marks for which Steeped has also applied for federal recognition.

11.     As a result of the widespread use of the STEEPED COFFEE mark by Steeped in interstate commerce in connection with coffee products and services, the mark has acquired extensive goodwill, is well recognized in the coffee industry as identifying high quality, convenient, and sustainable single serve coffee products, which have their origin with or have been authorized by Steeped.

12.     Steeped relies on its STEEPED COFFEE mark and its other intellectual property, industry relationships, and technology to continue to grow the Steeped Coffee product category. Steeped's Licensed Partners trust that they are joining an intellectual property ecosystem that is borne out of Steeped's genuine innovations and will be protected by Steeped. Infringement of Steeped's intellectual property jeopardizes this nascent ecosystem and risks destabilizing a product category that has only recently garnered widespread recognition among consumers.

## II.     NUZEE'S INFRINGEMENT

13.     From April 11 to 14, 2019, Steeped presented its products, branded with the STEEPED COFFEE mark, at the Specialty Coffee Expo in Boston, Massachusetts. Steeped's coffee products garnered significant attention from others in the coffee industry. Among those in attendance were representatives of NuZee. At the conclusion of the Expo, Steeped was announced as a winner of the "Best New Product" award in the packaging category.

14.     Prior to the Specialty Coffee Expo, NuZee did not make public any coffee product using the Steeped Coffee Method. Yet within weeks of the Specialty Coffee Expo, NuZee announced that it would be launching products and services called "Steep Coffee" or "Steep Bag Coffee," which appear to be nothing more than a carbon copy of Steeped's products:

 

15.     NuZee also began secretly soliciting Steeped's customers, both before and after the show, claiming they could offer their "Steep Coffee" or "Steeped Coffee" products at less than Steeped's price. Several Steeped customers reported receiving phone calls or other contacts from NuZee representatives, who they initially believed were Steeped sales representatives because they claimed to be offered "Steep Coffee" or the "Steeped Bag Coffees." Exhibit B is a copy of one such customer contact, and Exhibit C is a transcript of one such customer voice message contact.

16.     On May 15, 2019, Steeped sent NuZee a cease and desist letter, demanding NuZee immediately cease its infringement of the STEEPED COFFEE mark. Exhibit D is a copy of Steeped's letter.

17.     NuZee waited weeks to respond to Steeped's letter. When it finally did so, it stated it would continue using "steep" and similar terms in marketing for its copycat products, which it would continue to sell. Exhibit E is a copy of NuZee's response to Steeped's cease and desist letter.

18.     True to its word, NuZee spent the weeks after it received Steeped's cease and desist letter to prepare additional marketing materials for its "Steep Coffee" product, which it intends to sell under the "Pine Ranch Coffee Co." brand name. Examples of these marketing materials, which use infringing terms including "Steep," include:






19.     NuZee's use of "Steep Coffee," "Steep Bag Coffee," "Steep Pouch," "Steeped to Perfection," and similar terms is confusingly similar to Steeped's STEEPED COFFEE mark (and identical to other marks Steeped uses and has filed for registrations on) in sound, appearance, and commercial impression. NuZee uses these marks on copycat products that it developed just weeks after seeing Steeped's products win an award at the Specialty Coffee Expo. As such, NuZee's products travel and are promoted through the same channels of trade for sale to, and use by, the same class of purchasers. NuZee's use of its infringing marks is therefore likely to cause confusion, mistake, or deception as to the source or origin of NuZee's goods in that the public, the trade, and others are likely to believes that Steeped's goods are: (a) the same as NuZee's; or (b) provided by,

1 sponsored by, approved by, licensed by, affiliated with or in some other way legitimately

2 connected to Steeped; and/or (c) available to copy.

3 **FIRST CAUSE OF ACTION: INFRINGEMENT OF A REGISTERED TRADEMARK**

4 **Section 32(1) of the Lanham Act, Title 15, section 1114(1) of the United States Code**

5   20.   Steeped repeats and realleges every allegation in the foregoing paragraphs as if fully

6 set forth herein.

7   21.   Without authorization from Steeped, NuZee is using in interstate commerce

8 infringing imitations of Steeped's Marks in connection with the promotion and sale of coffee

9 products and services.

10   22.   NuZee's conduct is likely to have caused and will continue to cause confusion and

11 mistake among consumers and others as to the source, origin, or sponsorship of NuZee's products

12 and services.

13   23.   NuZee's conduct is willful and an intentional violation of Steeped's rights.

14 **PRAYER FOR RELIEF**

15   WHEREFORE, Plaintiff requests that the Court grant it the following relief:

16   A.   That NuZee be permanently enjoined from continued use of the infringing "Steep

17 Coffee" mark or any confusingly similar variant of "STEEPED COFFEE®";

18   B.   That the Court order the impoundment and destruction of all infringing goods;

19   C.   For a final judgment against NuZee for all profits derived from its unlawful conduct,

20 all actual damages suffered by Steeped, treble damages for NuZee's willful infringement, damages

21 to Steeped's reputation and goodwill among its customers and partners; damages due to NuZee's

22 destabilization of the market and price erosion; and Steeped's reasonable attorney fees and costs

23 incurred in bringing this action.

24   D.   Any other relief that the Court deems just.

25 Dated:  June 27, 2019                    BRAUNHAGEY & BORDEN LLP

26                                        By:___/s/ David H. Kwasniewski_____

27                                             David H. Kwasniewski, Esq.

28                                        *Attorneys for Plaintiff Steeped, Inc.*