1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  David H. Kwasniewski, Esq. (SBN: 281985)
       kwasniewski@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 276-1808

6  ATTORNEYS FOR PLAINTIFF
   STEEPED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEPED, INC., a Delaware corporation doing business as STEEPED COFFEE,<br><br>Plaintiff,<br><br>v.<br><br>NUZEE, INC. a Nevada corporation doing business as COFFEE BLENDERS<br><br>Defendant. | Case No: 4:19-cv-03763-HSG<br><br>**ORDER GRANTING STIPULATION REQUESTING EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  December 19, 2019<br>Time:  2:00 P.M.<br>Judge: Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 27, 2019 |

Plaintiff Steeped, Inc. and Defendant NuZee, Inc.'s Stipulation Requesting Extension of Time to File Opposition and Reply to Defendant's Motion to Dismiss is GRANTED pursuant to Local Rule 6-2. The hearing on Defendant's Motion is set for December 19, 2019. Plaintiff's Opposition is due by August 30, 2019. Defendant's Reply brief is due by September 6, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/2/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge