MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN, PAINTER,
    LOWY & ZUCKER, P.C.
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Defendant,
NUZEE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEPED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NUZEE, INC., <br><br> Defendant. | CASE NO. 4:19-cv-03763-HSG <br><br> Date: December 19, 2019 <br> Time: 2:00 P.M. <br> Judge Haywood S. Gilliam, Jr. |

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF**

Defendant, NuZee's, Stipulation Requesting an Extension of Time to File its Reply to its Motion to Dismiss is GRANTED. Defendant's Reply is due September 13, 2019.

DATED: 9/4/2019

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge