MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN, PAINTER,
    LOWY & ZUCKER, P.C.
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Defendant,
NUZEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEPED, INC., <br> Plaintiff, <br> v s. <br> NUZEE, INC., <br> Defendant. | CASE NO. <br> 4:19-cv-03763-HSG <br> Judge Haywood S. Gilliam, Jr. <br> Complaint Filed June 27, 2019 |

## ORDER GRANTING EXTENDING

## DATE FOR INITIAL CASE MANAGEMENT CONFERENCE

The parties' Stipulated Request for an Order Extending Date for Initial Case Management Conference to is GRANTED. The Initial Case Management Conference is continued to November 7, 2019 at 2:00 p.m. Case Management Statement due by October 31st. The hearing on the motion to dismiss, previously set for December 19th, is advanced to November 7th, at 2:00 p.m., to be held the

1

case management conference, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

DATED: 9/25/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge