1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  David H. Kwasniewski, Esq. (SBN: 281985)
       kwasniewski@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 276-1808

6  ATTORNEYS FOR PLAINTIFF
   STEEPED, INC.
7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 |                                          | Case No: 4:19-cv-03763-HSG
13 | STEEPED, INC., a Delaware corporation doing business as STEEPED COFFEE, | **STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER**
14 |              Plaintiff,
15 |         v.
16 | NUZEE, INC. a Nevada corporation doing business as COFFEE BLENDERS
17 |
18 |              Defendant.

19

20

21

22

23

24

25

26

27

28

1      Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Steeped, Inc. ("Steeped") and

2 Defendant NuZee, Inc. ("NuZee"), by and through their respective counsel of record, hereby

3 stipulate as follows:

4      WHEREAS, on November 12, 2019, Your Honor set the case deadlines in Scheduling

5 Order (Dkt. 36);

6      WHEREAS, on February 6, 2020, the parties attended a mediation presided over by

7 Christopher Hockett;

8      WHEREAS, at the conclusion of the mediation, the parties and the mediator agreed that a

9 thirty-day extension of all discovery deadlines would allow the parties sufficient time to further

10 explore resolution of this matter without incurring the expenses associated with discovery

11 compliance during this extension;

12      IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their

13 counsel, the Case Management deadlines be extended as follows:

14

| Event | Original Date | New Date |
|---|---|---|
| Close of Fact Discovery | April 6, 2020 | May 6, 2020 |
| Exchange Opening Expert Reports | April 20, 2020 | May 20, 2020 |
| Exchange Rebuttal Expert Reports | May 4, 2020 | June 4, 2020 |
| Close of Expert Discovery | May 22, 2020 | June 22, 2020 |

15

16

17

18 IT IS SO STIPULATED

19 Dated: February 6, 2020        BRAUNHAGEY & BORDEN LLP

20

21        By:   */s/ David H. Kwasniewski*
            David H. Kwasniewski

22        Attorneys for Plaintiff Steeped, Inc.

23 Dated: February 6, 2020        ISAACMAN, KAUFMAN, PAINTER, LOWY &

24        ZUCKER, P.C.

25

26        By:   */s/ Michael A. Painter*
            Michael A. Painter

27

28        Attorneys for Defendant NuZee, Inc.

1

## **ATTESTATION OF FILER**

2       In compliance with Civil Local Rule 5-1(i), the undersigned ECF user whose identification

3   and credentials are being used to file this document hereby attests that all signatories have

4   concurred and agreed to the filing of this document.

5                                             */s/ David H. Kwasniewski*
                                          David H. Kwasniewski
6

7

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
    Dated:  2/7/2020

10                                          HON. HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28