MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN, PAINTER,
   LOWY & ZUCKER, P.C.
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Defendant,
NUZEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEPED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NUZEE, INC., <br><br> Defendant. | CASE NO. 4:19-cv-03763-HSG <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME ; ORDER |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and with the approval of the Court, Plaintiff Steeped, Inc. ("Steeped") and Defendant NuZee, Inc. ("NuZee"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 12, 2019, the Court set the case deadlines in Scheduling Order (Dkt. 36);

WHEREAS, on February 7, 2020, the Court reset the dates for the Close of Fact Discovery, Exchange Opening Expert Reports, Exchange Rebuttal Expert Reports and Close of Expert Discovery (Dkt. 43);

WHEREAS, Steeped, Inc. had noticed the oral deposition of NuZee for March 26, 2020 and Steeped, Inc. and NuZee were in the process of determining a date for an oral deposition of Steeped, Inc.;

WHEREAS, prior to March 26, 2020, the Governor of the State of California issued a "shelter-in-place" Order as a result of the coronavirus pandemic and, in response thereto, the noticed deposition was canceled and all discussions regarding a date for the deposition of Steeped, Inc was halted;

WHEREAS, given that the Close of Fact Discovery is scheduled for May 6, 2020 and the termination of the "shelter-in-place" Order is unspecified, counsel agreed that a further change of case deadlines should be requested;

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, by and through their respective counsel, that Case Management deadlines be extended as follows:

| Event | Present Date | New Date |
|---|---|---|
| Close of Fact Discovery | May 6, 2020 | June 6, 2020 |
| Exchange Opening Expert Reports | May 20, 2020 | June 20, 2020 |
| Exchange Rebuttal Expert Reports | June 4, 2020 | July 4, 2020 |
| Close of Expert Discovery | June 22, 2020 | July 22, 2020 |
| Dispositive Motion Hearing Deadline | June 22, 2020 | August 20, 2020 |
| | | |

IT IS SO STIPULATED.

Dated: March 26, 2020     ISAACMAN, KAUFMAN, PAINTER, LOWY & ZUCKER, P.C.

By:  /Michael A. Painter/
Michael A. Painter
Attorneys for Defendant,
NUZEE, INC.

Dated: March 26, 2020     BRAUNHAGEY & BORDEN LLP

By:  David H. Kwasniewski/
David H. Kwasniewski
Attorneys for Plaintiff,
STEEPED, INC.

# ATTESTATION OF FILER

In compliance with Civil Local Rule 5-1(I), the undersigned ECF user whose identification and credentials are being used to file this document hereby attests that all signatories have concurred and agreed to the filing of this document.

/Michael A. Painter/
Michael A. Painter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/26/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE