1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  David H. Kwasniewski, Esq. (SBN: 281985)
       kwasniewski@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 276-1808

6  ATTORNEYS FOR PLAINTIFF
   STEEPED, INC.

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12
                                              |  Case No: 4:19-cv-03763-HSG
13  STEEPED, INC., a Delaware corporation doing
    business as STEEPED COFFEE,                **STIPULATED REQUEST FOR ORDER
14                                             CHANGING TIME**; ORDER
                   Plaintiff,
15
            v.
16
    NUZEE, INC., a Nevada corporation doing
17  business as COFFEE BLENDERS,

18                 Defendant.

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Steeped, Inc. ("Steeped") and Defendant NuZee, Inc. ("NuZee"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on November 12, 2019, Your Honor set the case deadlines in Scheduling Order (Dkt. 36);

**WHEREAS**, on February 7, 2020, Your Honor reset the dates for the Close of Fact Discovery, Exchange of Opening Expert Reports, Exchange of Rebuttal Expert Reports, and Close of Expert Discovery (Dkt. 43);

**WHEREAS**, Steeped had noticed the oral deposition of NuZee for March 26, 2020 and Steeped and NuZee were in the process of determining a date for an oral deposition of Steeped;

**WHEREAS**, prior to March 26, 2020, the Governor of the State of California issued a "shelter-in-place" Order as a result of the coronavirus pandemic and, in response thereto, the noticed deposition was canceled and all discussions regarding a date for the deposition of Steeped were halted;

**WHEREAS**, on March 26, 2020, Your Honor reset the dates for the Close of Fact Discovery, Exchange of Opening Expert Reports, Exchange of Rebuttal Expert Reports, Close of Expert Discovery, and the Dispositive Motion Hearing Deadline (Dkt. 47);

**WHEREAS**, on May 11, 2020, Steeped sent a letter to NuZee requesting to meet and confer regarding discovery;

**WHEREAS**, on May 12, 2020, Steeped requested again to meet and confer regarding discovery;

**WHEREAS**, on May 14, 2020, Steeped served additional discovery, amended its notice of oral deposition of NuZee, and noticed the oral depositions of four NuZee employees;

**WHEREAS**, on May 18, 2020, counsel for NuZee informed counsel for Steeped that counsel for NuZee was impacted by the coronavirus pandemic because family members of counsel for NuZee had been hospitalized;

1   **WHEREAS**, given that the Close of Fact Discovery is scheduled for June 6, 2020 and the

2 termination of the "shelter-in-place" Order is unspecified, counsel agreed that a further change of

3 case deadlines should be requested;

4   **IT IS NOW THEREFORE STIPULATED** by and between the Plaintiff and Defendant,

5 through their counsel, that the Case Management deadlines be extended as follows:

| Event | Present Date | New Date |
|---|---|---|
| Close of Fact Discovery | June 6, 2020 | September 6, 2020 |
| Exchange Opening Expert Reports | June 20, 2020 | September 20, 2020 |
| Exchange Rebuttal Expert Reports | July 4, 2020 | October 4, 2020 |
| Close of Expert Discovery | July 22, 2020 | October 22, 2020 |
| Dispositive Motion Hearing Deadline | August 20, 2020 | November 20, 2020 |
| Pretrial Conference | September 29, 2020 | January 5, 2021 |
| 2-Day Jury Trial | October 19, 2020 | January 19, 2021 |

   **IT IS SO STIPULATED**.

Dated:  May 21, 2020     BRAUNHAGEY & BORDEN LLP

              By: */s/ David H. Kwasniewski*
                 David H. Kwasniewski

              Attorneys for Plaintiff Steeped, Inc.

Dated:  May 21, 2020     ISAACMAN, KAUFMAN, PAINTER, LOWY &

              ZUCKER, P.C.

              By: */s/ Michael A. Painter*
                 Michael A. Painter

              Attorneys for Defendant NuZee, Inc.

<u>**ATTESTATION OF FILER**</u>

   In compliance with Civil Local Rule 5-1(i), the undersigned ECF user whose identification

and credentials are being used to file this document hereby attests that all signatories have

concurred and agreed to the filing of this document.

             */s/ David H. Kwasniewski*
              David H. Kwasniewski

1

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED** except the dispositive motion hearing

3 deadline is November 19, 2020.

4 Dated: _____5/26/2020_____

HON. HAYWOOD S. GILLIAM, JR.

5 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28