J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
  kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
STEEPED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEPED, INC., a Delaware corporation doing business as STEEPED COFFEE,<br><br>Plaintiff,<br><br>v.<br><br>NUZEE, INC. a Nevada corporation doing business as COFFEE BLENDERS<br><br>Defendant. | Case No: 4:19-cv-03763-HSG<br><br>**ORDER GRANTING STEEPED'S MOTION TO ENLARGE TIME**<br> (as modified)<br>Complaint Filed: June 27, 2019 |

| | |
|---|---|
| 1 | This Court, having considered Plaintiff Steeped, Inc.'s Motion to Enlarge Time, pursuant to |
| 2 | Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 6-3, and the papers submitted, and |
| 3 | good cause having been shown, hereby GRANTS Plaintiff's Motion to Enlarge Time. |
| 4 | Plaintiff may file and serve their opposition to Defendant's Motion for Summary |
| 5 | Adjudication no later than Wednesday, September 16, 2020.  Defendant may file and serve their |
| 6 | reply no later than Wednesday, September 30, 2020.  The hearing on the issues raised in |
| 7 | Defendant's Motion for Summary Adjudication shall be held at 2:00 p.m., October 15, 2020. |

**IT IS SO ORDERED.**

Dated:  August 28, 2020

*[Signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge